RECVD 6 SEP '11 12:53 USDC-ORP

# LAW STUDENT'S CERTIFICATION

Pursuant to paragraph 13.20 of the Law Student Appearance Rule, I hereby certify that I have read and am familiar with the Model Rules of Professional Conduct of the American Bar Association, the Rules of Professional Conduct of the Oregon State Bar, and the rules of the court or courts in which I anticipate appearing.

I agree that I will comply with all requirements and limitations of the Oregon Law Student Appearance Rule (Supreme Court of the State of Oregon) and that I will neither ask for nor receive compensation or remuneration of any kind for my services directly from the clients on whose behalf I render services.

I further agree that I will notify the law school certification administrator upon termination of the relationship with my supervising attorney. I understand that my certification to practice, pursuant to paragraph 13.25, shall remain in effect for no longer than eighteen months after it is filed, or until the announcement of the results of the first bar examination following my graduation, whichever is earlier. Provided, if I pass the first bar examination after I graduate, my certification will continue in effect through the date of the first swearing-in ceremony following that examination.

Date: 08/24/11

Do you anticipate appearing in the U.S. District Court?

Yes X No ____

☐ Student is already certified, requesting to ☐ change/☐ add attorney supervisor.

☒ Student is applying for certification.

Student: DYLAN K. LANGE

Address: 901 SW KING AVE #803 Zip 97205

Phone (H): 505-670-9098 (Wk) ____

Email: dklange@lclark.edu

[signature]

Signature

## DEAN'S CERTIFICATION OF ELIGIBILITY TO PARTICIPATE IN LAW STUDENT APPEARANCE PROGRAM

I certify that DYLAN K LANGE:

1. Is duly enrolled in or has graduated from Lewis & Clark Law School, a law school approved by the American Bar Association;
2. Has completed legal studies amounting to at least four semesters of full-time law study or the equivalent;
3. Appears from all the information available to this Law School to be of good character and is adequately trained to perform competently as a legal intern; and

has certified to me that he or she has read and is familiar with the Model Rules of Professional Conduct of the American Bar Association and the Rules of Professional Conduct of the Oregon State Bar.

| 8/29/11 | [signature] | Associate Dean for Academic Affairs |
|---|---|---|
| Date | Signature | Title |

# ATTORNEY'S CERTIFICATION REQUEST

To: Associate Dean Martha Spence
Lewis & Clark Law School
10015 SW Terwilliger Blvd
Portland, OR 97219

Re: Certified Practice by DYLAN K. LANGE
student name

In accordance with the rules governing the Oregon Supreme Court Law Student Appearance Rule and the Lewis & Clark Law School's rules governing certification of law students, I request that the above-named student be certified and permitted to participate in legal work under my supervision.

**I am a member of the Oregon State Bar, presently in good standing.**

**By this request, I assure you that I will:**

1. Comply with all conditions of the Law Student Appearance Rule (Supreme Court of the State of Oregon), Rules for Admission of Attorneys, Rule 13.05 et seq.);
2. Confirm that the student has been certified to appear by the State Court Administrator.
3. Assume personal professional responsibility for the student's guidance in any work undertaken and for supervising the quality of the student's work;
4. Discuss each type of court appearance with the student prior to the student's appearance to ensure proper preparation; require the student to observe at least one similar proceeding or equivalent preparation prior to the student's appearance; ensure that the proper written consents are filed with the appropriate courts or tribunals; introduce the student to the court or tribunal in which the student appears; and observe the student's first court appearance;
5. Discuss and evaluate the student's work to maximize the student's educational benefit;
6. Notify the Law School (Associate Dean's office) when I will no longer be responsible for the student's supervision.

ATTORNEY: [signature] DATE: 8/24/11
(Signature)

Richard Slottee 722396 503-768-6500
Name (Printed) OSB Number Telephone Number

Firm
Lewis & Clark Legal Clinic
1018 Board of Trade Building
Stree 310 SW Fourth Avenue
Portland, OR 97204-2305

City State Zip Code